UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAIQUAN FALLS,

                    Plaintiff,

      -against-                                     17 CIVIL 35 (AEK)

## JUDGMENT

SERGEANT E. CAMPBELL #143, et al.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 30, 2022, Defendants' motion for summary judgment is GRANTED, and the case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

        March 30, 2022

                                                                 **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                                     BY:

                                                                         **Deputy Clerk**